1
2
3
4
5

UNITED STATES DISTRICT COURT

6

DISTRICT OF NEVADA

7

* * *

8  PAUL WILLIAM PILGER,                )
                                       )
9            Plaintiff,                )          2:12-cv-1233-JCM-RJJ
                                       )
10 vs.                                 )
                                       )
11 BANK OF AMERICA, SUPREME            )
   COURT OF NEVADA,                    )          O R D E R
12                                     )
             Defendant,                )
13 _____)

14         This matter is before the Court on an Application to Proceed in District Court Without

15 Prepaying Fees or Costs (#1).

16         The Court having reviewed the Application (#1) and the First Amended Complaint (#3)

17 and good cause appearing therefore,

18         IT IS HEREBY ORDERED that a status hearing is scheduled for September 25, 2012, at

19 1:30 PM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas

20 Blvd. So., Las Vegas, Nevada.

21         IT IS FURTHER ORDERED that only Plaintiff, Paul William Pilger, is required to

22 appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may

23 result in a recommendation that this case be dismissed.

24         IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25 Plaintiff by certified mail, return receipt requested.

26         DATED this 22d  day of August, 2012.

27

28
                                        _____
                                        ROBERT J. JOHNSTON
                                        United States Magistrate Judge